## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| SCHOENECKERS, INC., d/b/a BI WORLDWIDE,<br><br>Plaintiff,<br><br>v.<br><br>ITA GROUP, INC.,<br><br>Defendant. | Case No. 4:25-cv-00002-SMR-HCA<br><br>**MOTION TO DISMISS UNDER RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Defendant ITA Group, Inc. ("ITA Group") moves to dismiss the Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 12(b)(6). Specifically, ITA Group moves to dismiss all of the Complaint's claims for patent infringement because the Complaint does not allege sufficient factual content to plausibly claim that ITA Group is liable for patent infringement.

WHEREFORE, ITA Group respectfully requests that the Court grant its Motion to Dismiss and dismiss the Complaint, in its entirety, without prejudice.

ITA GROUP, INC.*,* Defendant,

By: */s/Nicholas F. Miller*
Nicholas F. Miller, Iowa AT0015361
Brian J. Laurenzo, Iowa AT0004513
Allison M. Steuterman, Iowa AT007558
Charles E. Forney, Iowa AT0015711
Jack A. Hatanpa, Iowa ATAT0015724
**BRICK GENTRY, P.C.**
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Telephone: (515) 274-1450
Facsimile: (515) 274-1488
Email: nick.miller@brickgentrylaw.com
brian.laurenzo@brickgentrylaw.com
allison.steuterman@brickgentrylaw.com
charles.forney@brickgentrylaw.com
jack.hatanpa@brickgentrylaw.com

## CERTIFICATE OF SERVICE

I certify that on May 26, 2025, a copy of the foregoing pleading was electronically filed with the Clerk of Court. All parties of record registered with the CM/ECF filing system will receive notification of such filing through CM/ECF. Parties of record not registered with the CM/ECF filing system will be provided notification of this filing by U. S. Mail.

By:   */s/ Nicholas F. Miller*
Nicholas F. Miller