

UNITED STATES PATENT AND TRADEMARK OFFICE

```
UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
         P.O. Box 1450
         Alexandria, Virginia 22313-1450
         www.uspto.gov
```

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 69849 | 7590 | 05/08/2014 |
|---|---|---|

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
379 Lytton Avenue
Palo Alto, CA 94301

| EXAMINER |
|---|
| BROWN, LUIS A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3622 | |

DATE MAILED: 05/08/2014

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/879,580 | 07/18/2007 | Rajat Paharia | 20XG-146306 | 4879 |

TITLE OF INVENTION: METHOD AND SYSTEM FOR EMBEDDING A PORTABLE AND CUSTOMIZABLE INCENTIVE APPLICATION ON A WEBSITE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $480 | $0 | $0 | $480 | 08/08/2014 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to:** **Mail** Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or Fax** (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

69849    7590    05/08/2014
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
379 Lytton Avenue
Palo Alto, CA 94301

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/879,580 | 07/18/2007 | Rajat Paharia | 20XG-146306 | 4879 |

TITLE OF INVENTION: METHOD AND SYSTEM FOR EMBEDDING A PORTABLE AND CUSTOMIZABLE INCENTIVE APPLICATION ON A WEBSITE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $480 | $0 | $0 | $480 | 08/08/2014 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BROWN, LUIS A | 3622 | 705-014000 |

| 1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).<br>☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.<br>☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.** | 2. For printing on the patent front page, list<br>(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,<br>(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed. | 1 _____<br><br>2 _____<br><br>3 _____ |

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent):  ☐ Individual  ☐ Corporation or other private group entity  ☐ Government

| 4a. The following fee(s) are submitted:<br>☐ Issue Fee<br>☐ Publication Fee (No small entity discount permitted)<br>☐ Advance Order - # of Copies _____ | 4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**<br>☐ A check is enclosed.<br>☐ Payment by credit card. Form PTO-2038 is attached.<br>☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form). |

5. **Change in Entity Status** (from status indicated above)
☐ Applicant certifying micro entity status. See 37 CFR 1.29    NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
☐ Applicant asserting small entity status. See 37 CFR 1.27    NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
☐ Applicant changing to regular undiscounted fee status.    NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____        Date _____

Typed or printed name _____        Registration No. _____

2

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/879,580 | 07/18/2007 | Rajat Paharia | 20XG-146306 | 4879 |

| | EXAMINER |
|---|---|
| 69849    7590    05/08/2014 | BROWN, LUIS A |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | |
| 379 Lytton Avenue | ART UNIT | PAPER NUMBER |
| Palo Alto, CA 94301 | 3622 | |

DATE MAILED: 05/08/2014

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:
1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| | Application No. | Applicant(s) |
|---|---|---|
| **Notice of Allowability** | 11/879,580 | PAHARIA, RAJAT |
| | Examiner | Art Unit | AIA (First Inventor to File) Status |
| | LUIS A. BROWN | 3622 | No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to <u>See Continuation Sheet</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on_____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are <u>1,2,5-10,12-20 and 24</u>. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
        a) ☐ All    b) ☐ Some    *c) ☐ None of the:
            1. ☐ Certified copies of the priority documents have been received.
            2. ☐ Certified copies of the priority documents have been received in Application No. _____.
            3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
        * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
    ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
    Paper No./Mail Date _____.
    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☒ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date _____
3. ☐ Examiner's Comment Regarding Requirement for Deposit
    of Biological Material
4. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____ .

5. ☒ Examiner's Amendment/Comment
6. ☒ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

/Luis A. Brown/
Primary Examiner, Art Unit 3622

**Continuation Sheet (PTOL-37)**                                                                 **Application No. 11/879,580**

Continuation of Item 1. This communication is responsive to : applicant's response to Non-Final Office Action, received on 03/03/2014, and Examiner-Initiated interview on 05/05/2014..

2

6

2

Application/Control Number: 11/879,580 | Page 2
Art Unit: 3622

## DETAILED ACTION

### Status of Claims

1. The following is an **Allowability Notice** in response to the **Applicant's Response for and Amendments to Application #11/879,580, filed on 03/03/2014, and an Examiner-Initiated Interview conducted on 05/05/2014.**

2. Claims 1-2, 5-10, 12-20, and 24 are now pending and have been examined.

3. Claims 3-4, 11, and 21-23 have been cancelled by the applicant.

### *Examiner's Amendment*

4. In response to a telephone conversation and written communication with the applicant's representative, Daniel C. Kloke, on Monday, May 5th, 2014, the Examiner and applicant agreed to an Examiner's amendment which should be entered as follows:

CLAIM 1:
 A system comprising:

a processor;
    an incentive application database configured to receive and store activity information of a first viewer from a provider of a first Web site, the activity information of the first viewer indicating the first viewer's involvement with the first Web site, and to receive activity information of a second viewer from a provider of a second Web site, the activity information of the second viewer indicating the second viewer's involvement with the second Web site; and
a memory;
        an incentive application engine resident in the memory, the incentive application engine configured to:
            operate using the processor;
            provide an incentive application from a network site over a data network to the first Web site and the second Web site, the incentive application to be embedded in the first Web site and the second Web site, respectively;
            retrieve activity information of the first viewer and activity information of the second viewer from the incentive application database;
            award incentive information to the first viewer based on the retrieved activity information of the first viewer;
            award incentive information to the second viewer based on the retrieved activity information of the second viewer;
            provide, using the incentive application at the first Web site, the first incentive information to the first viewer when the first viewer returns to visit the first Web site to incentivize additional activity of the first viewer with the first Web site; and

Application/Control Number: 11/879,580                                                          Page 3
Art Unit: 3622

provide, using the incentive application at the second Web site, second incentive information to the second viewer when the second viewer returns to visit the second Web site to incentivize additional activity of the second viewer with the second Web site.

CLAIM 13:

A method comprising:

providing an incentive application from a network site over a data network to a first Web site and a second Web site, wherein the network site is operating on a computer system and wherein the first and second Web sites are operating on different computer systems, the incentive application to be embedded in the first Web site and the second Web site, respectively;
receiving and storing, at the network site, activity information of a first viewer from a provider of the first Web site, the activity information of the first viewer indicating the first viewer's involvement with the first Web site;
awarding, by the computing system, incentive information to the first viewer based on the activity information of the first viewer;
providing, using the incentive application at the first Web site, the first incentive information awarded to the first viewer when the first viewer returns to visit the first Web site, the incentive information awarded to the first viewer to incentivize additional activity of the first viewer with the first Web site-;
receiving, at the network site, activity information of a second viewer from a provider of the second Web site, the activity information of the second viewer indicating the second viewer's involvement with the second Web site;
awarding incentive information to the second viewer based on the activity information of the second viewer; and
providing, using the incentive application at the second Web site, the second incentive information awarded to the second viewer when the second viewer returns to visit the second Web site, the incentive information awarded to the second viewer to incentivize additional activity of the second viewer with the second Web site wherein the first and second Web sites are operating on different computer systems.

CLAIM 24:

A non-transitory computer readable medium comprising instructions, the instructions being executable by a processor to perform a method, the method comprising:

providing an incentive application from a network site over a data network to a first Web site and a second Web site, the incentive application to be embedded in the first Web site and the second Web site, respectively

(the rest of claim 24 should be kept as submitted by the applicant with no further amendment)

Application/Control Number: 11/879,580                                                               Page 4
Art Unit: 3622

**Allowable Subject Matter**

5.  Claims 1-2, 5-10, 12-20, and 24 are allowed.

6.  The following is an examiner's statement of reasons for allowance:  The independent claims of the Applicant's invention recite a method, system and medium for remotely facilitating incentive/reward programs for website visitors based on visitor activity.  An external system, namely the claimed invention, provides an application for embedding into websites provided to visitors by website providers.  A visitor visits a provider website and performs activity on the website.  The website provider then sends the activity data of the visitor to the external system.  The external system rewards incentives to the particular visitor based on their website activity and stores the activity and incentive data at the external system.  Then, upon return of the same visitor to the website, the external system then displays the earned incentives to that visitor.

7.  The invention, then, provides a unique advantage and is particularly useful in the ability for website providers to provide an incentive program to website visitors in order to incentivize user activity on the website without having the burden of incentive program facilitation, data storage, or reward tracking and distribution.  A website provider simply embeds the incentive application into their website for display.  The external system provides the facilitation, storage, determination, and reward distribution and notification.  Further, a visitor is incentivized to conduct activity on the website by virtue of their ability to receive incentives for the activity.

9

Application/Control Number: 11/879,580 Page 5
Art Unit: 3622

8. **Mohan, Pre-Grant Publication No. 2005/0192863 A1** teaches methods for providing a reward system to website visitors. A website provider places a cookie with an identifier on a visitor computer, and when the visitor conducts activity on a particular website of the website provider, the website provider recognizes the activity and rewards the user accordingly. User profile information and reward facilitation are conducted by the website provider. A third party provider facilitates reward tracking and display for particular users for plurality of websites. A visitor has an account with a third party provider, and the third party provider receives reward distribution information from a plurality of websites the visitor has visited, but does not receive user profile data.

9. **Mohan,** however, does not disclose an incentive application provided for embedding by a website provider into a website. Also, there is no transfer of user activity from a website provider to an external system. Further, an external system does not store, track, and facilitate rewarding and notification of incentives for visitors of a website of a website provider, much less notify the visitor through the embedded application upon return.

10. **Cashmore, Peter. "MySpace Games for Munchball." www.mashable.com, 02/20/2006** teaches a method for providing an embeddable application code for website hosts to embed the application in their websites. Further, the application provides dynamic data such as games, high scores, and chat rooms.

11. **Cashmore,** however, does not disclose transfer of user activity from a website provider to an external system. Further, an external system does not store, track, and facilitate rewarding and notification of incentives for visitors of a website of a website provider.

12. **Gibbs, et al., Pre-Grant Publication No. 2006/0206376 A1** teaches a system for providing an application embedded in an ecommerce website which provides offers and coupons for activity conducted by a website visitor or related to website content. The visitor can engage with the application and use the incentive for a transaction with the website.

13. **Gibbs,** however, does not disclose transfer of user activity from a website provider to an external system. Further, an external system does not store, track, and facilitate rewarding and notification of incentives for visitors of a website of a website provider, much less notify the visitor through the embedded application upon return.

14. **Hobart, Pre-Grant Publication No. 2002/0178255 A1** teaches a system and method for facilitating rewards for user activity in a software-based peer-peer social network. A central system provides the social network software and tracks and then rewards users for activity. Users are notified of their rewards and therefore incentivized to conduct further activity.

15. **Hobart,** however, does not disclose an incentive application provided for embedding by a website provider into a website. Also, there is no transfer of user activity from a website provider to an external system. Further, an external system does not store, track, and facilitate rewarding and notification of incentives for visitors of a website of a website provider, much less notify the visitor through the embedded application upon return.

16. **Wu, Pre-Grant Publication No. 2006/0143236 A1** teaches a method and system for conducting a reward program for user activity in a music playlist internet-based service. A user registers with an online-based application mobile music service. The user is

Application/Control Number: 11/879,580 Page 7
Art Unit: 3622

rewarded for activity in the music service, including social network and social sharing activity. The user is notified of their rewards and their rewards standing relative to others.

17. **Wu,** however, does not disclose an incentive application provided for embedding by a website provider into a website. Also, there is no transfer of user activity from a website provider to an external system. Further, an external system does not store, track, and facilitate rewarding and notification of incentives for visitors of a website of a website provider.

18. Independent claim 1 complies with 35 U.S.C. 101. The claim is a system. The system comprises a processor, a database, and a memory, the memory including an engine which operates using the processor. The statutory nature of the claim was confirmed by a USPTO TC3600 101 Panel member on 05/05/2014.

19. Independent claim 13 complies with 35 U.S.C. 101. The claim is a method. The significant step of "awarding, by the computing system, incentive information…" is performed by a computer.

20. Independent claim 24 complies with 35 U.S.C. 101. The claim is a computer readable medium. The claim includes statutory "non-transitory" computer readable medium language, in conformity with the guidelines set by the "Kappos memo" of 2010 in regards to computer-readable medium claims.

21. Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany

Application/Control Number: 11/879,580                                                              Page 8
Art Unit: 3622

the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

### Conclusion

22. Any inquiry of a general nature or relating to the status of this application or concerning this communication or earlier communications from the Examiner should be directed to **Luis A. Brown** whose telephone number is **571.270.1394**. The Examiner can normally be reached on M 12-5pm EST, T-F 9:30-4:30pm EST. If attempts to reach the examiner by telephone are unsuccessful, the Examiner's supervisor, **ERIC STAMBER** can be reached at **571.272.6724**.

23. Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://portal.uspto.gov/external/portal/pair . Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at **866.217.9197** (toll-free).

  Any response to this action should be mailed to:

  **Commissioner of Patents and Trademarks**

  **Washington, D.C.  20231**

  or faxed to **571-273-8300**.

  Hand delivered responses should be brought to the **United States Patent and Trademark Office Customer Service Window**:

Application/Control Number: 11/879,580     Page 9
Art Unit: 3622

    Randolph Building

    401 Dulany Street

    Alexandria, VA 22314.

/Luis A. Brown/
Primary Examiner, Art Unit 3622

| Search Notes (continued)  | Application/Control No. | Applicant(s)/Patent under Reexamination | |
|---|---|---|---|
| | 11/879,580 | PAHARIA, RAJAT | |
| | Examiner | Art Unit | |
| | LUIS A. BROWN | 3622 | |

EXHIBIT A

| SEARCHED |||||
|---|---|---|---|---|
| Class | Subclass | Date | Examiner ||
| 705 | 14.27 | 5/5/2014 | LB ||
| 705 | 14.39 | 5/5/2014 | LB ||
| 705 | 14.31 | 5/5/2014 | LB ||
| 705 | 14.32 | 5/5/2014 | LB ||
| 705 | 14.1 | 5/5/2014 | LB ||

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | DATE | EXMR |
|---|---|---|
| East Search History | 3/9/2010 | LB |
| Assignee, Citation, Inventor, and Continuity Searches, Including NPL Inventor and Assignee Search | 3/9/2010 | LB |
| Consulted with TC 3600 101 Panel Member on 101 and 112 Issues | 12/11/2013 | LB |
| Updated EAST Search | 12/11/2013 | LB |
| STIC Search | 03/10/2010 | LB |

| INTERFERENCE SEARCHED ||||
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| **705** | **14.27** | 5/5/2014 | **LB** |
| 705 | 14.39 | 5/5/2014 | LB |
| 705 | 14.31 | 5/5/2014 | LB |
| 705/14.32 | | 5/5/2014 | LB |