U.S. Serial No. 14/281,628                                          Docket No. 20XG-199820

## AMENDMENTS TO THE CLAIMS

Without prejudice or surrender of any subject matter, this listing of claims will replace all prior versions and listings of claims in the application:

What is claimed is:

1. **(Currently Amended)**  A system comprising:

   a processor;

   memory

   an incentive application storage configured to receive and store activity information of a first viewer from a first Web site, the activity information of the first viewer indicating the first viewer's involvement with the first Web site, and to receive and store activity information of a second viewer from a second Web site, the activity information of the second viewer indicating the second viewer's involvement with the second Web site; and

   a[[n]] hardware incentive application engine operable by the processor, the hardware incentive application engine configured to:

   retrieve activity information of the first viewer and activity information of the second viewer from the incentive application storage;

   award incentive information to the first viewer based on the retrieved activity information of the first viewer;

   award incentive information to the second viewer based on the retrieved activity information of the second viewer;

   provide the first incentive information to a first incentive application embedded in the first Web site, the first incentive information to be displayed to the first viewer by the first Web site; and

   provide the second incentive information to a second application embedded in the second Web site, the second incentive information to be displayed to the second viewer by the second Web site, the first and second websites being provided by different computer systems.

U.S. Serial No. 14/281,628                                              Atty. Docket No. 20XG-199820

2. **(Original)**  The system of claim 1, wherein the first incentive information comprises first Web site offerings awarded to the first viewer based on the retrieved activity information of the first viewer.

3. **(Original)**  The system of claim 1, wherein the first incentive information comprises points earned by the first viewer for activities associated with the first Web site.

4. **(Currently Amended)**  The system of claim 1, wherein the <u>hardware</u> incentive application engine is further configured to provide a leaderboard to the first Web site, the leaderboard having an order of a plurality of leaders, the order being based on activities associated with the first Web site, the leaderboard identifying the first viewer as one leader of the plurality of leaders, a position of the first viewer in the order being displayed in the leaderboard based on the incentive information awarded to the first viewer based on the activity information of the first viewer.

5. **(Original)**  The system of claim 1, wherein the first incentive information comprises levels earned by the first viewer for activities associated with the first Web site.

6. **(Original)**  The system of claim 1, wherein the first incentive information comprises achievements earned by the first viewer for activities associated with the first Web site.

7. **(Original)**  The system of claim 1, wherein the first incentive information comprises an avatar which is a digital representation of the first viewer.

8. **(Original)**  The system of claim 1, wherein the first incentive information comprises access to a virtual room which is customizable by the first viewer.

9. **(Currently Amended)**  The system of claim 1, wherein the <u>hardware</u> incentive application engine configured to provide the first incentive information to the first Web site comprises the <u>hardware</u> incentive application engine configured to provide an API command to the first Web site.

10.  **(Cancelled)**

U.S. Serial No. 14/281,628                                          Atty. Docket No. 20XG-199820

11. **(Original)**  The system of claim 1, wherein the first Web site and the second Web site are operated on separate computing devices.

12. **(Original)**  The system of claim 1, wherein a provider of the first Web site and a provider of the second Web site are the same provider.

13. **(Currently Amended)**  A method comprising:

    receiving and storing, at a network site, activity information of a first viewer from a first Web site, the activity information of the first viewer indicating the first viewer's involvement with the first Web site;

    awarding, by the network site, incentive information to the first viewer based on the activity information of the first viewer;

    providing the first incentive information to <u>a first incentive application embedded in</u> the first Web site, the first incentive information to be displayed to the first viewer by the first Web site;

    receiving and storing, at the network site, activity information of a second viewer from the second Web site, the activity information of the second viewer indicating the second viewer's involvement with the second Web site;

    awarding, by the network site, incentive information to the second viewer based on the activity information of the second viewer; and

    providing the second incentive information to <u>a second application embedded in</u> the second Web site, the second incentive information to be displayed to the second viewer by the second Web site<u>, the first and second websites being provided by different computer systems</u>.

14. **(Original)**  The method of claim 13, wherein the first incentive information comprises first Web site offerings awarded to the first viewer based on the activity information of the first viewer.

15. **(Original)**  The method of claim 13, wherein the first incentive information comprises points earned by the first viewer for activities associated with the first Web site.

16. **(Original)**  The method of claim 13, further comprising providing a leaderboard to the first Web site, the leaderboard having an order of a plurality of leaders, the order being based on activities associated with the first Web site, the leaderboard identifying the first viewer as one leader of the plurality of leaders, a position of the first viewer in the order being displayed in the leaderboard based on the incentive information awarded to the first viewer based on the activity information of the first viewer.

17. **(Original)**  The method of claim 13, wherein the first incentive information comprises levels earned by the first viewer for activities associated with the first Web site.

18. **(Original)**  The method of claim 13, wherein the first incentive information comprises achievements earned by the first viewer for activities associated with the first Web site.

19. **(Original)**  The method of claim 13, wherein the first incentive information comprises an avatar which is a digital representation of the first viewer.

20. **(Original)**  The method of claim 13, wherein the first incentive information comprises a virtual room which is customizable by the first viewer.

21.  **(Cancelled)**

22. **(Original)**   The method of claim 13, wherein the first Web site and the second Web site are operated on separate computing devices.

23. **(Original)**  The method of claim 13, wherein a provider of the first Web site and a provider of the second Web site are the same provider.

24. **(Currently Amended)**  A non-transitory computer readable medium comprising instructions, the instructions being executable by a processor to perform a method, the method comprising:

   receiving and storing, at a network site, activity information of a first viewer from a first Web site, the activity information of the first viewer indicating the first viewer's involvement with the first Web site;

U.S. Serial No. 14/281,628                                             Atty. Docket No. 20XG-199820

>   awarding, by the network site, incentive information to the first viewer based on the activity information of the first viewer;
>
>   providing the first incentive information to <u>a first incentive application embedded in</u> the first Web site, the first incentive information to be displayed to the first viewer by the first Web site;
>
>   receiving and storing, at the network site, activity information of a second viewer from the second Web site, the activity information of the second viewer indicating the second viewer's involvement with the second Web site;
>
>   awarding, by the network site, incentive information to the second viewer based on the activity information of the second viewer; and
>
>   providing the second incentive information to <u>a second application embedded in</u> the second Web site, the second incentive information to be displayed to the second viewer by the Second Web site<u>, the first and second websites being provided by different computer systems</u>.