**Amendment and Response Under 37 C.F.R. 1.116**
Serial No.: 15/724,115
Docket No.: 82.8350

---

# IN THE CLAIMS

Please amend claims 33, 34, 44, and 55 as follows:

1-22.   (Cancelled)

23.   (Currently Amended)  A system compromising:

   A.  a data network in communication with a first network site and a second network site;

   B.  a processor for operating an incentive application logic;

   C.  a server configured to receive and store information indicating a first viewer's activity on a first network site and information indicating a second viewer's activity on a second network site;

   D.  a memory configured to store information indicating a first viewer's activity from the first network site and information indicating a second viewer's activity from the second network site;

   E.  an incentive application logic resident in the memory and operated by the processor configured to:

   i.    provide an incentive application to be embedded in the first network site;

   ii.   generate a first incentive screen on the first network site;

   iii.  award a first incentive information based on the information indicating the first viewer's activity on the first network site;

   iv.   generate and display the awarded first incentive information on the first network site to incentivize additional activity of the first viewer;

   v.    provide an incentive application to be embedded in the second network site;

   vi.   generate a second incentive screen on the second network site;

   vii.  award incentive information based on the information indicating the second viewer's activity on the second network site;

1

2

        viii.    generate and display the awarded second incentive information on the second network site to incentivize additional activity of the first viewer.

24.    (Previously Presented)  The system of claim 23, wherein the awarded first incentive information comprises offerings from the first viewer's network site.

25.    (Previously Presented)  The system of claim 23, wherein the first incentive information comprises points earned by the first viewer for activities associated with the first network site.

26.    (Previously Presented)  The system of claim 23, wherein the incentive application logic is further configured to provide a leaderboard to the first network site, the leaderboard having an order of a plurality of viewers of the first network site, the order being based on information indicating each viewer's activity on the first network, the leaderboard identifying the first viewer as one of the plurality of viewers, and a position of the first viewer in the order being displayed in the leaderboard based on the information indicating the first viewer's activity on the first network site.

27.    (Previously Presented)  The system of claim 23, wherein the first incentive information comprises levels earned by the first viewer based on the information indicating the first viewer's activity on the first network site.

28.    (Previously Presented)  The system of claim 23, wherein the first incentive information comprises achievements earned by the first viewer based on the information indicating the first viewer's activity on the first network site.

29.    (Previously Presented)  The system of claim 23, wherein the first incentive information comprises an avatar which is a digital representation of the first viewer.

EXHIBIT C

**Amendment and Response Under 37 C.F.R. 1.116**
Serial No.: 15/724,115
Docket No.: 82.8350

---

30.  (Previously Presented)  The system of claim 23, wherein the first incentive information comprises access to a virtual room which is customizable by the first viewer.

31.  (Previously Presented)  The system of claim 23, wherein the incentive application logic is configured to provide an API command to obtain data and functions from one or more of the first or second network sites.

32.  (Previously Presented)  The system of claim 23, wherein the first network site and the second network site are operated on separate computing devices.

33.  (Currently Amended)  A method comprising:

from an incentive application system including a server, processor, memory and an incentive application logic, embedding an incentive application on a first network site;

sending information from the first network site having an embedded incentive application indicating a first viewer's activity on the first network site to the incentive application system a networked server having a processor, memory and an incentive application logic resident in the memory that is operated by the processor and configured to award first incentive information based on the information from the first network site indicating a first viewer's activity on the first network site [[,]] ;

generate generating a first incentive screen on the first network site, the first incentive screen displaying awarded first incentive information;

from the incentive application system, embedding an incentive application on a second network site;

---

> ~~, and award~~ <u>awarding</u> additional incentive information based on information indicating a second viewer's activity on [[a]] <u>the</u> second network site ~~having an embedded incentive application,~~; and

> ~~generate~~ <u>generating</u> a second incentive screen on the second network site<u>, the second incentive screen displaying awarded second incentive information</u>;

> ~~receiving the first incentive screen from the networked server; and~~

> ~~displaying the first incentive screen on the first networked site~~.

34. (Currently Amended) A method using a server having a hardware processor and logic stored in memory, comprising

> using a processor operating an incentive application logic in communication with ~~an embedded application on~~ a first networked site, <u>embedding an incentive application on a first network site;</u>

i. <u>through the embedded first incentive application,</u> generating a first incentive screen at a first networked site;

ii. awarding first incentive information based on information about a first viewer from the first network site stored on the server;

iii. displaying awarded first incentive information on the first incentive screen on the first network site to incentivize additional activity of the first viewer;

iv. <u>using a processor operating an incentive application logic in communication with ~~an embedded application on~~ a second networked site, <u>embedding an incentive application on a second network site;</u></u>

~~iv.~~ <u>v.</u>   through the embedded second incentive application, generating a second incentive screen at a second networked site;

~~v.~~ <u>vi.</u>   awarding second incentive information based on information about a second viewer from the second network site stored on the server; and

vi.vii.  displaying awarded second incentive information on the second incentive screen on the second network site to incentivize additional activity of the second viewer.

35. (Previously Presented) The method of claim 33, wherein the awarded first incentive information comprises offerings from the first viewer's network.

36. (Previously Presented) The method of claim 33, wherein the awarded first incentive information comprises points earned by the first viewer for activities associated with the first network site.

37. (Previously Presented) The method of claim 33, further comprising display a leaderboard to the first network site, the leaderboard having an order of a plurality of leaders, the order being based on activities associated with the first network site, the leaderboard identifying the first viewer as one leader of the plurality of leaders, and a position of the first viewer in the order being displayed in the leaderboard based the information indicating the first viewer's activity on the first network site.

38. (Previously Presented) The method of claim 33, wherein the first incentive information comprises levels earned by the first viewer based on information indicating the first viewer's activity at the first network site.

39. (Previously Presented) The method of claim 33, wherein the first incentive information comprises achievements earned by the first viewer based on information indicating the first viewer's activities at the first network site.

40. (Previously Presented) The method of claim 33, wherein the first incentive information comprises an avatar which is a digital representation of the viewer.

41. (Previously Presented) The method of claim 33, wherein the first incentive information comprises a virtual room which is customizable by the viewer.

5

**Amendment and Response Under 37 C.F.R. 1.116**
Serial No.: 15/724,115
Docket No.: 82.8350

---

42. (Previously Presented) The method of claim 33, wherein the first network site and the second network site are operated on separate computing devices.

43. (Previously Presented) The method of claim 33, wherein the first and second network sites are provided by different computer systems.

44. (Currently Amended) A non-transitory computer readable medium comprising instructions, the instructions being executable by a hardware processor to perform a method comprising:

   using a processor operating an incentive application logic in communication with ~~an embedded application on~~ a first networked site, <u>embedding an incentive application on the first network site;</u>

   <u>through the embedded first incentive application,</u> generating a first screen on a first network site;

   awarding a first viewer of the first network site based on the first viewer's activity at the first network site;

   displaying first viewer awards on the first incentive screen on the first network site to incentivize additional activity of the first viewer;

   using a processor operating an incentive application logic in communication with ~~an embedded application on~~ a second networked site, <u>embedding an incentive application on the second network site;</u>

   <u>through the embedded second incentive application,</u> generating a second screen on a second network site;

6

7

awarding a second viewer of the second network site based on the second viewer's activity at the second network site; and

displaying second viewer awards on the second incentive screen on the second network site to incentivize additional activity of the second viewer.

45.    (Previously Presented)  The system of Claim 23 wherein the first network site has a first owner who can customize the first incentive screen.

46.    (Previously Presented)  The system of Claim 23 wherein the second network site has a second owner who can customize the second incentive screen.

47.    (Previously Presented)  The system of claim 23 wherein the first owner and the second owner are the same person.

48.    (Previously Presented)  The system of claim 23 wherein the first owner and the second owner are different persons.

49.    (Previously Presented)  The system of Claim 23 wherein the first network site has a first owner who can customize the first incentive screen and the second network site has a second owner who can customize the second incentive screen and the first and second owners are the same person.

50.    (Previously Presented)  The system of Claim 23 wherein the first network site has a first owner who can customize the first incentive screen and the second network site has a second owner who can customize the second incentive screen and the first owner and the second owner are different persons.

51.    (Previously Presented)  The system of Claim 23 wherein the first incentive screen displays one or more incentive components.

**Amendment and Response Under 37 C.F.R. 1.116**
Serial No.: 15/724,115
Docket No.: 82.8350

---

52.   (Previously Presented)  The system of Claim 51 wherein the incentive components comprise one more of the following: leaderboard, level, achievements, virtual room, profile, games, get code, friends, notification, blog, message board, avatar, catalog, shopping, chat room and media sharing.

53.   (Previously Presented)  The system of Claim 23 wherein the incentive screen displays a get code component that allows a viewer to obtain a software code required to access the incentive application logic and generate and display an incentive screen on a network site.

54.   (Previously Presented)  The system of Claim 23 wherein the incentive screen displays a get code component that allows a viewer to obtain a software code required to access the incentive application logic and generate and display an incentive screen on a network site that supports OBJECT/EMBED tags.

55.   (Currently Amended)  A system compromising[ of]:
   A.   a server, a memory, a processor, an incentive application logic and means for communicating with a first network site and receiving and storing information indicating a first viewer's activity on the first network site and means for communicating with a second network site to receive and store information indicating a second viewer's activity on the second network site;
   A.   a processor for operating an incentive application logic;
   B.   wherein the incentive application logic embeds a first incentive program on the first network site and a second incentive program on the second network site a server configured to receive and store information indicating a first viewer's activity on a first network site having an embedded application; and
   C. B.   a memory;
   D. C.   [[an]] wherein, the incentive application logic resident in the memory and operated by the processor is configured to:
      i.   generate a first incentive screen on the first network site using the first embedded application;

8

9

**Amendment and Response Under 37 C.F.R. 1.116**
Serial No.: 15/724,115
Docket No.: 82.8350

---

ii.   award first incentive information based on the information indicating the first viewer's activity on the first network site;

iii.   display awarded first incentive information on the first incentive screen on the first network site <u>using the first embedded application</u>[[.]] to incentivize additional activity of the first viewer<u>;</u>[[.]]

<u>iv.   generate a second incentive screen on the second network site using the second embedded application;</u>

<u>v.   award second incentive information based on the information indicating the second viewer's activity on the second network site; and</u>

~~iii.~~ <u>vi.</u>   display awarded second incentive information on the second incentive screen on the second network site using the second embedded application to incentivize additional activity of the second viewer.

9

10