**IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
IOWA CENTRAL DIVISION**

| | |
|---|---|
| SCHOENECKERS, INC., d/b/a BI WORLDWIDE, <br><br> Plaintiff, <br><br> v. <br><br> ITA GROUP, INC., and HTK LTD., <br><br> Defendants. | Case No. 4:25-cv-00002-HCA <br><br><br> **PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO COMPEL EMAIL DISCOVERY AND ACCOMPANYING EXHIBITS UNDER SEAL** |

Plaintiff Schoeneckers, Inc. d/b/a BI Worldwide, ("BI Worldwide" or "Plaintiff"), by and through its undersigned attorneys, files this Unresisted Motion for Leave to File its Motion to Compel Email Discovery ("Motion") and the Motion's accompanying exhibits under seal. In support of this Motion, Plaintiff states:

1. On January 8, 2025, Plaintiff filed its Complaint against Defendant ITA Group, Inc. ("ITA Group") in the Southern District of Iowa, now captioned *Schoeneckers, Inc. d/b/a BI Worldwide v. ITA Group, Inc.*, Civil Action No. 4:25-cv-00002.

2. On January 16, 2026, Plaintiff served its first request for email discovery. Since that time, Plaintiff and Defendants have repeatedly met and conferred to avoid court intervention. However, Plaintiff and Defendants have not reached an agreement, and Plaintiff now seeks to compel email discovery.

3. Plaintiff intends to file a Motion to Compel Email Discovery, but to adequately address the Motion, the confidential information, references, and detailed descriptions of confidential documents described below will be included in the Motion. These documents are

1

governed by a Confidentiality Agreement entered into between the parties (Dkt. 30; Dkt. 33) and contain business information that Plaintiff and/or Defendants consider confidential and proprietary.  Accordingly, Plaintiff seeks leave to file its Motion under seal.

4.      Plaintiff also intends to file a copy of an affidavit as an exhibit to the Motion. However, the affidavit contains information that is governed by the confidentiality agreement in this litigation, and contains exhibits and information that the parties consider confidential and proprietary.  Accordingly, Plaintiff seeks leave to file the affidavit and accompanying exhibits under seal.

5.      The subject exhibits include Defendants' business-related documents which contain confidential information governed by the confidentiality agreement.

6.      Plaintiff's Counsel has conferred with Defendant's counsel Nicholas Miller regarding this Motion.  Defendant's counsel has indicated that Defendant does not intend to resist this motion.  A copy of this Motion will be served on counsel via ECF.

**THEREFORE**, Plaintiff Schoeneckers, Inc. d/b/a BI Worldwide respectfully requests that the Court grant leave to file its Motion, affidavit, and attached exhibits to the Motion under seal.

Dated: April 17, 2026

*/s/ Nathan D. Louwagie*
John E. Lande, AT0010976
L. Lars Hulsebus, AT0012989
**DICKINSON, BRADSHAW, FOWLER & HAGEN P.C.**
801 Grand Avenue, Suite 3700
Des Moines, Iowa 50309
Telephone: (515) 246-4509
Facsimile: (515) 246-4550
jlande@dickinsonbradshaw.com

2

lhulsebus@dickinsonbradshaw.com

Nathan D. Louwagie (*pro hac vice*)
Jennell C. Bilek (*pro hac vice*)
Jake Dinkins (*pro hac vice*)
R. Willets Ely (*pro hac vice*)
**CARLSON CASPERS VANDENBURGH
& LINDQUIST P.A.**
225 S. Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
Telephone: (612) 436-9600
Facsimile: (612) 436-9605
jbilek@carlsoncaspers.com
nlouwagie@carlsoncaspers.com
jdinkins@carlsoncaspers.com
wely@carlsoncaspers.com

3

## CERTIFICATE OF SERVICE

I certify that on April 17, 2026, a copy of the foregoing was electronically filed with the Clerk of Court.  All parties of record registered with the CM/ECF filing system will receive notification of such filing through CM/ECF.

By:    */s/ Nathan D. Louwagie*
          Nathan D. Louwagie