**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| SCHOENECKERS, INC., d/b/a BI WORLDWIDE, | Case No. 4:25-cv-00002-HCA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| ITA GROUP, INC. and HTK LTD., | |
| Defendants. | |

**BI WORLDWIDE'S SECOND SET OF INTERROGATORIES (NO. 11)**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff

Schoeneckers, Inc. d/b/a BI Worldwide, ("BI Worldwide" or "Plaintiff"), by and through its

undersigned attorneys, hereby submit the following Third Set of Interrogatories to Defendants

ITA Group, Inc. ("ITA Group") and HTK Limited ("HTK") (collectively, "Defendants").

Pursuant to Fed. R. Civ P. 33(b), answer each Interrogatory separately and fully in writing under

oath, and in accordance with the Definitions and Instructions set forth below, within thirty (30)

days of service of these Interrogatories.

To the extent that any answer to any of these Interrogatories may at any time be

incomplete or incorrect due to information acquired by Defendants subsequent to the service of

each of their answers, Plaintiff requests that Defendants promptly serve and file supplemental

answers reflecting the complete and correct information pursuant to Rule 26 of the Federal Rules

of Civil Procedure.

1

**DEFINITIONS AND INSTRUCTIONS**

Plaintiff hereby incorporates by reference the Definitions and Instructions found in Plaintiff's Second Set of Interrogatires (Nos. 7-10), dated October 31, 2025, as if fully set forth herein, except that any term specifically defined below shall be given the definition provided herein.

1.    "Accused Products" refers to any instance of Defendant's systems that rewards, gamifies, or incentivizes user activity on any application, website, or networked site, including but not limited to the Horizon Platform, the Cooleaf Platform, the Axis Technology Platform, any "Customer Loyalty" platform or system and any "Employee Engagement" platform or system.

**INTERROGATORIES**

**INTERROGATORY NO. 11:**

For each Asserted Patent, describe the qualifications of a person of ordinary skill in the art, including, without limitation, the education level and professional experience of such person.


Dated: January 15, 2026                    Respectfully submitted,


By: */s/ Nathan D. Louwagie*
John E. Lande, AT0010976
L. Lars Hulsebus, AT0012989
DICKINSON, BRADSHAW, FOWLER & HAGEN, P.C.
801 Grand Avenue, Suite 3700
Des Moines, Iowa 50309
Telephone: (515) 244-2600
FAX: (515) 246-4550
jlande@dickinsonbradshaw.com
lhulsebus@dickinsonbradshaw.com

Nathan D. Louwagie
Jennell C. Bilek
Jake R. Dinkins
R. Willets Ely

**CARLSON CASPERS VANDENBURGH
& LINDQUIST, PA**
225 S. Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 436-9600
nlouwagie@carlsoncaspers.com
jbilek@carlsoncaspers.com
jdinkins@carlsoncaspers.com
wely@carlsoncaspers.com

*Attorneys for Plaintiff Schoeneckers, Inc.
d/b/a BI Worldwide*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January 2026, a true and correct copy of the

foregoing document was sent by electronic mail to all opposing counsel of record.

/s/ Nathan D. Louwagie
Nathan D. Louwagie
**CARLSON CASPERS VANDENBURGH
& LINDQUIST, PA**
225 S. Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 436-9600
nlouwagie@carlsoncaspers.com

*Attorneys for Plaintiff Schoeneckers, Inc.
d/b/a BI Worldwide*