| From: | Charles Forney |
|---|---|
| To: | Jake Dinkins |
| Cc: | Brian Laurenzo; Angela Frye; Nick Miller; Jack Hatanpa; Allison Steuterman; Scott Findley; R. Willets Ely; Spadilla@carlsoncaspers.com |
| Subject: | RE: BI Worldwide vs. ITA Group, Inc. and HTK Ltd. - Brick Gentry File No. 6115.095 |
| Date: | Monday, June 22, 2026 11:50:56 AM |
| Attachments: | Image002.png |
| | Image003.png |
| | Image008.png |

Dear Mr. Dinkens:

In furtherance of our previous communications, we trust that the issues with the scheduled production have been remediated and believe that you should have received those files at this time. Next, with respect to the project documentation for the NAPA-ITA Group projects identified, we will endeavor to get that to you as soon as possible, but we can commit to a date certain of at least July 15th for that production.

Regarding interrogatory 12, Defendants are willing to supplement our response subject to our objections, with the understanding that "user-related data" in the interrogatory refers to "activity information" as defined by the parties' agreed-upon construction, and that "user-related incentive program information" refers to "incentive information" under Defendants' proposed construction. However, before we provide a substantive answer, we will need to reach an understanding as to the number of interrogatories contained in interrogatory 12. Specifically, interrogatory 12 contains four discrete subparts, and is directed towards three distinct platforms. Accordingly, it is Defendants' belief that interrogatory 12 represents no fewer than twelve discrete interrogatories. However, in the interest of expediency, Defendants would be willing to compromise and count interrogatory 12 as six interrogatories—three distinct platforms and two distinct subparts.

Regarding interrogatory 13, as previously discussed, Defendants are agreeable to providing a limited substantive answer subject to our objections. However, like interrogatory 12, Defendants believe that it is important to reach an understanding as to the number of interrogatories contained within interrogatory 13. Interrogatory 13 tasks Defendants with providing detailed recitations, including line numbers, of source code, data structures, and files that embody or facilitate functionality in three separate interrogatories, with respect to three separate platforms, covering a narrative description of the entire platforms. Defendants believe that this interrogatory encompasses at least eighteen different interrogatories, though Defendants are open to considering a proposed number from BI Worldwide. In any case, interrogatory 13 is much more than a single interrogatory.

Regarding interrogatory 14, due to the issues discussed in previous communications, Defendants intend to stand on their objections to Interrogatory 14. It is Defendants' position that the clarity provided by the Court's Markman order regarding the scope of disputed claim terms should aid in appropriately narrowing the content of the interrogatory from being overly broad and unduly burdensome.

Finally, regarding interrogatory 15, Defendants intend to supplement their response, which you should have by the end of the day of June 26th.

Sincerely,
Charles

Charles E. Forney
Associate
Registered Patent Attorney

 BRICK GENTRY P.C.

ATTORNEYS & COUNSELORS at LAW

6701 Westown Parkway, Suite 100
West Des Moines, IA 50266-7703
*Office: 515-274-1450*
*Fax:   515-274-1450*