**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| SCHOENECKERS, INC., d/b/a BI WORLDWIDE,<br><br>Plaintiff,<br><br>v.<br><br>ITA GROUP, INC., and HTK LTD.,<br><br>Defendants. | Case No. 4:25-cv-00002-HCA |

## **MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83(d)(6)(A), the undersigned, Allison M. Steuterman, attorney for Defendants/Counterclaimants ITA Group, Inc. and HTK LTD., for her Motion to Withdraw as Counsel states:

1. The undersigned legal counsel Allison M. Steuterman has appeared on behalf of Defendants/Counterclaimants ITA Group, Inc. and HTK LTD in the above captioned matter.

2. The undersigned has accepted new employment and will no longer be employed at Brick Gentry P.C. nor be involved in this case. The undersigned will no longer need to receive notifications related to this case.

3. Legal Counsel Brian Laurenzo, Nicholas Miller, Chrales Forney, Jacob Blackfor and Jacob Hatanmpa have appeared and will continue to represent Defendants/Counterclaimants ITA Group, Inc. and HTK LTD in this matter.

4. The Markman hearing in this matter was held on June 30, 2026.

5. The following filed Motions are currently pending:

   a. Scheduling Proposals filed on August 14, 2026.

b. BI Worldwide's Motion to Compel filed on April 20, 2026.

c. BI Worldwide's Motion to Compel filed on July 10, 2026.

d. BI Worldwide's Motion to Compel filed on July 14, 2026.

e. ITA Group/HTK's Motion to Dismiss for Failure to State a Claim filed on August 25, 2026.

f. ITA Group/HTK's Motion to Compel filed on September 2, 2026

6. WHEREFORE, the undersigned respectfully request that this Court grant her Motion to Withdraw as Counsel for Defendants/Counterclaimants ITA Group, Inc. and HTK LTD.

.

Respectfully submitted,

/s/ *Allison M. Steuterman*
ALLISON M. STEUTERMAN, Iowa AT0007558
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Telephone: (515) 274-1450
Facsimile: (515) 274-1488
Email: allison.steuterman@brickgentrylaw.com
ATTORNEYS FOR ITA GROUP, INC. and HTK LTD.

CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2026, a copy of the foregoing pleading was electronically filed with the Clerk of Court. All parties of record registered with the CMECF filing system will receive notification of such filing through CMECF. Parties of record not registered with the CMECF filing system will be provided notification of this filing by U. S. Mail.

By: /s/ *Allison M. Steuterman*